D. R. ANTHONY, JR., v. J. R. BURROW.
No. 14,024.   (77 Pac. 1133.)

Original proceeding in mandamus.   Opinion filed July 7, 1904.   Motion to dismiss proceeding denied.

*D. R. Hite*, for plaintiff.

*C. C. Coleman*, attorney-general, *J. G. Slonecker*, and *Eugene Hagan*, for defendant.

*Per Curiam:*  This is a proceeding of the same character as *Allen v. Burrow*, ante, page 812, 77 Pac. 555.   It has been submitted upon a motion similar to that passed on in that case.   The same questions are presented that were there decided.   The motion to dismiss is denied, and the same order made with regard to further proceedings as in the Allen case.

---

D. R. ANTHONY, JR., v. J. R. BURROW.
No. 14,024.   (77 Pac. 1133.)

Original proceeding in mandamus.   Opinion filed July 7, 1904.   Writ denied.

*D. R. Hite*, for plaintiff.

*C. C. Coleman*, attorney-general, *J. G. Slonecker*, and *Eugene Hagan*, for defendant.

*Per Curiam:*  In this case, as in *Allen v. Burrow*, ante, page 812, a hearing has been had upon the sole issue of fraud, which was here charged against all the members of the contest board, their decision being unanimous.   The evidence produced had no tendency to establish fraud. The questions argued, while not precisely identical with those presented in the Allen case, are so similar as to be governed by the same considerations.

The writ is, therefore, denied.